UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SIINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORESTERS LIFE INSURANCE AND ANNUITY COMPANY,<br><br>　　　　　Defendant. | Case No. 20-cv-02904-JST<br><br>**ORDER DENYING STIPULATED PROTECTIVE ORDER**<br><br>Re: ECF No. 23 |

Before the Court is the parties' stipulated proposed protective order. ECF No. 23. The parties did not comply with Paragraph G of Judge Tigar's Standing Order for All Civil Cases, available at https://www.cand.uscourts.gov/jst-civil-standing-order/. The stipulation is therefore denied.

**IT IS SO ORDERED.**

Dated: July 9, 2020

_____
JON S. TIGAR
United States District Judge