1  **NICHOLAS & TOMASEVIC, LLP**
   Craig M. Nicholas (SBN 178444)
2  Alex Tomasevic (SBN 245598)
   225 Broadway, 19th Floor
3  San Diego, California 92101
   Tel: (619) 325-0492
4  Fax: (619) 325-0496
   Email: cnicholas@nicholaslaw.org
5  Email: atomasevic@nicholaslaw.org

6  **WINTERS & ASSOCIATES**
   Jack B. Winters, Jr. (SBN 82998)
7  Georg M. Capielo (SBN 245491)
   Sarah Ball (SBN 292337)
8  8489 La Mesa Boulevard
   La Mesa, California 91942
9  Tel: (619) 234-9000
   Fax: (619) 750-0413
10 Email: jackbwinters@earthlink.net
   Email: gcapielo@einsurelaw.com
11 Email: sball@einsurelaw.com

12 Attorneys for Plaintiff PAMELA SIINO,
   and on Behalf of the Class

13

14             **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA**

16 | PAMELA SIINO, Individually and on Behalf of the Class; | Case No.: 4:20-cv-02904-JST |
17 |  | **PLAINTIFF PAMELA SIINO'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION** |
   |           Plaintiff, |  |
18 |     vs. |  |
19 | FORESTERS LIFE INSURANCE AND ANNUITY COMPANY, a New York Corporation. | **Hearing Date**: June 10, 2021 |
20 |  | **Hearing Time**: 2:00 p.m. |
   |  | **Location**: Courtroom 6, 2nd Floor |
21 |           Defendant. |  |
   |  | **District Judge**: Hon. Jon S. Tigar |
22 |  | **Action Filed**: April 28, 2020 |

23

24

25

26

27

28

---

PLAINTIFF PAMELA SIINO'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

**TO DEFENDANT FORESTERS LIFE INSURANCE AND ANNUITY COMPANY AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 10, 2021, at 2:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Jon S. Tigar, located at 1301 Clay Street, Oakland, CA 94612, Plaintiff Pamela Siino ("Plaintiff") will and hereby does seek an Order certifying this case as a class action under Federal Rule of Civil Procedure 23.

In this action, Plaintiff alleges that Defendant failed to comply with California Insurance Code sections 10113.71 and 10113.72 (collectively the "Statutes").

In this Motion, Plaintiff asserts that class certification is appropriate under Federal Rule of Civil Procedure 23(a) because (1) the class that Plaintiff seeks to certify is so numerous that joinder of all members is impracticable; (2) there are questions and answers of law or fact common to class members; (3) the claims of the representative Plaintiff are typical of the claims of the class she seeks to represent; and (4) the representative Plaintiff and her counsel will fairly and adequately protect the interests of the proposed class.

Plaintiff also asserts that certification is appropriate under Federal Rule of Civil Procedure 23(b)(2) because Defendant has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

Plaintiff also asserts that class certification is appropriate under Federal Rule of Civil Procedure 23(b)(3) because (1) the questions of law or fact common to class members predominate over any questions affecting only individual members; and (2) a class action is superior to other available methods for fairly and efficiently adjudicating this controversy.

Plaintiff also asserts that, in the alternative, issue certification under Federal Rule of Civil Procedure 23(c)(4) is appropriate.

[*Rest of page intentionally left blank.*]

PLAINTIFF PAMELA SIINO'S NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION

1    Therefore, Plaintiff moves the Court for an Order pursuant to Federal Rule of Civil Procedure

2  23 that:

3        1.    Certifies this case as a class action with the Class defined as:

4            All owners, or beneficiaries upon the death of an insured, of Defendant's
             individual life insurance policies issued or delivered in California and in
5            force on or after January 1, 2013 where Defendant terminated the policies
             for non-payment of premium without first providing all of the following: a
6            policy containing a 60-day grace period (and an actual 60-day grace period
             in practice); a 30-day notice of pending lapse and termination; and an annual
7            notice of a right to designate at least one other person to receive notice of
             lapse or termination of a policy for nonpayment of premium.
8

9        2.    Appoints Plaintiff Pamela Siino as the Class Representative; and

10       3.    Appoints the law firms of Nicholas & Tomasevic, LLP and Winters & Associates as

11  Class Counsel.

12       This Motion is based upon this Notice; the Memorandum of Points and Authorities in support

13  thereof; the Declarations of Craig Nicholas, Jack Winters, and Pamela Siino, and their attached

14  exhibits; the Proposed Order; the files and records of the Court in this action; the arguments of

15  counsel to be presented at the hearing; and such other information as the Court may find appropriate

16  to consider.

17       A proposed Order is submitted herewith.

18  Respectfully submitted:
    DATED:   April 30, 2021                          **NICHOLAS & TOMASEVIC, LLP**
19

20                                        By:     _/s/ Alex Tomasevic_
                                                  Craig M. Nicholas (SBN 178444)
21                                                Alex Tomasevic (SBN 245598)
                                                  Email: cnicholas@nicholaslaw.org
22                                                Email: atomasevic@nicholaslaw.org

23                                                **WINTERS & ASSOCIATES**
                                                  Jack B. Winters, Jr. (SBN 82998)
24                                                Georg M. Capielo (SBN 245491)
                                                  Sarah Ball (SBN 292337)
25                                                Email: jackbwinters@earthlink.net
                                                  Email: gcapielo@einsurelaw.com
26                                                Email: sball@einsurelaw.com

27                                                Attorneys for Plaintiff Pamela Siino

28