# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SIINO, Individually and on Behalf of the Class;<br><br>Plaintiff,<br>vs.<br><br>FORESTERS LIFE INSURANCE AND ANNUITY COMPANY, a New York Corporation.<br><br>Defendant. | CASE NO.: 4:20-cv-02904-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF PAMELA SIINO'S *EX PARTE* APPLICATION TO LIFT STAY**<br><br>**District Judge**: Hon. Jon S. Tigar<br><br>**Action Filed**: April 28, 2020 |

      The Court, having reviewed Plaintiff's *Ex Parte* Application, finds good cause to GRANT Plaintiff's *Ex Parte* Application as follows:

1. The STAY in the action is LIFTED;
2. Within 14 days of this Order, the Parties shall simultaneously file supplemental briefs of seven pages or less on the *McHugh* decision;
3. The parties shall appear for a case management conference at 2:00 pm on November 9th over Zoom to determine the class certification briefing schedule.

**IT IS SO ORDERED.**

Dated: __October 14, 2021__             _____
                                                 United States District Court Judge