# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA SIINO, Individually and on Behalf of the Class,<br><br>Plaintiff,<br>vs.<br><br>FORESTERS LIFE INSURANCE AND ANNUITY COMPANY, a New York Corporation,<br><br>Defendant. | Case No.: 4:20-cv-02904-JST<br><br>**[~~PROPOSED~~] JUDGMENT AND DISMISSAL**<br><br>Hon. Jon S. Tigar<br><br>Action Filed: April 28, 2020<br>Trial Date:  8/14/23 |

The parties have jointly requested dismissal of Plaintiff's First Cause of Action for Declaratory Judgment or Relief (Cal. Civ. Code §§ 1060 *et seq.*), her Third Cause of Action for Breach of Contract, and her Fourth Cause of Action for Unfair Competition (California Business and Professions Code §§ 17200 *et seq.*). The Court hereby grants the request, and those three causes of action are hereby dismissed with prejudice.

Plaintiff's sole remaining cause of action is her Second Cause of Action for Declaratory Judgment or Relief (Federal Declaratory Judgment Act 28 U.S.C. §§ 2201 *et seq.*). On July 7, 2023, the Court granted in part and denied in part Plaintiff's motion for summary adjudication as to her Second Cause of Action as more particularly stated in the Court's Order Granting in Part and Denying in Part Motion for Summary Adjudication,  ECF No. 142 (the "MSA Order").  The MSA Order completely disposes of Plaintiff's Second Cause of Action on the merits and, thus, the remainder of the action.

1    The Court hereby enters final judgment in this action as between Plaintiff and Defendant Foresters Life Insurance and Annuity Company, now known as Nassau Life Insurance Company ("Defendant"), pursuant to Federal Rule of Civil Procedure 58(a).  This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a). The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiff and Defendant. Plaintiff shall recover costs.

The Clerk is hereby directed to enter Judgment and close the case.

Dated:  August 14, 2023           _____
                                 Hon. Jon S. Tigar
                                 United States District Court Judge